| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321) |
| 2 | United States Attorney |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | SHAWNA YEN (CASBN 224447) |
| 5 | Assistant United States Attorney |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5054<br>Facsimile:  (408) 535-5066 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 2/6/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00624 RMW |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING AND [~~PROPOSED~~] ORDER |
| v. | ) | |
| PEARL ZAMORA, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant PEARL ZAMORA, John McCardle, Esq., that the date set for the sentencing hearing be continued from February 9, 2006 to March ~~20~~, 30 2006 at 2:00 p.m.  This continuance is necessary because defense counsel will be on trial on another case on the currently scheduled hearing date of February 9, 2006, and counsel for the United States will be starting from February 21, 2006 on another case before this Court.

Dated this ⁀31ᵗʰ day of January, 2006.

/s/
_____
SHAWNA YEN
Assistant U.S. Attorney

Dated this ___th day of January, 2006.

_____
JOHN McCARDLE, Esq.
Counsel for Pearl Zamora

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing on this case be continued from February 9, 2006 to March 30, 2006 at 2:00 p.m.

Dated this _6_ day of ~~January~~ February, 2006.

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

JOHN McCARDLE, Esq.
1728 "B" Street
Hayward, CA 94541

U.S. PROBATION OFFICER J.D. WOODS
U.S. Probation Office
280 South First Street, 1st Floor
San Jose, CA 95113

2