~~PROPOSED~~ ORDER/COVER SHEET

FILED
JUN 1 3 2006
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

TO:   Honorable Ronald Whyte
      U.S. District Judge

RE:   PEARL ZAMORA

FROM:   Claudette M. Silvera, Chief
       U.S. Pretrial Services Officer

DOCKET NO.:   CR 05-000624 RMW

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

=   Hien T. Nguyen                           408-535-5027
   U.S. Pretrial Services Officer              TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____   Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   A. The defendant shall surrender shall surrender on August 1, 2006 at a location designated by the BOP.

   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER

5/12/06
DATE

Cover Sheet (12/03/02)